IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIM 04-53 ERIE |
| ) | |
| LISA MARIE DACUS ) | |
| ) | |
| ) | |

## NOTICE

The above entitled case is set for ___SENTENCE___

on ___November 28, 2005___ at ___10:00 a.m.___ in Courtroom A, 2nd Floor, U.S. Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

Richard Witas, Courtroom Deputy Clerk

Date:  August 8, 2005

Copies to:   Marshall Piccinini, AUSA
Thomas W. Patton, AFPD

Pretrial Services
Probation Office - ERIE-Pgh
U.S. Marshal - ERIE - Pgh