**AND NOW**, the defendant in the above-entitled case hereby withdraws his plea of not guilty entered November 30, 2004 and now pleads guilty in open court this 8th day of August, 2005 as to Count I.

Crim 04-53E

Cahill, J
ct Rep: M. Powers

_____Lisa Dacus_____
Defendant

_____[signature]_____
Attorney