IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIM  04-53  ERIE |
| ) | |
| LISA MARIE DACUS  (2) ) | |

NOTICE

Please be advised that the Sentencing scheduled in the above entitled case for

<u>Sentencing  Nov. 28, 2005</u> at <u>10:00 a.m.</u> has been rescheduled on

<u>November 30, 2005</u> at <u>11:00 a.m.</u> in Courtroom A, 2nd Floor, U.S. Post

Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

/s/ Richard Witas
Richard Witas, Courtroom Deputy Clerk

Date:   Oct. 7, 2005

Copies to:
    Marshall Piccinini, AUSA
    Thomas Patton, AFPD

    Pretrial Services
    Probation Office - ERIE-Pgh
    U.S. Marshal - ERIE - Pgh