MEMORANDUM OF NON-JURY TRIAL

# United States District Court
### For the Western District of Pennsylvania

UNITED STATES OF AMERICA

*Plaintiff*

vs.    No. CRIM 04-53 ERIE

LISA MARIE DACUS (2)

*Defendant*

**HEARING ON** SENTENCE

*Before Judge* MAURICE B. COHILL, JR.,

Marshall Piccinini, AUSA        Thomas Patton, AFPD

*Appear for Plaintiff*        *Appear for Defendant*

Hearing begun 11:00  11-28-05    Hearing adjourned to —

Hearing concluded C. A. V. 11:30  11-28-05    Stenographer Mickey Powers

**WITNESSES:**

*For Plaintiff*        *For Defendant*

Advisory USSG: O.L. 19, Cat. I. 30-37 mo. Imprisonment; 2-3 yr. S.R.; fine $6,000 - $1,000,000; S.A. $100

T. Agent Jason Crouse FBI

Judgment imposed: 30 mo. Imprisonment; 4 yrs. S.R., fine waived; Special Condition; S.A. $100. Deft To Self Report