PS 8
(pawp 1/2005)

# UNITED STATES DISTRICT COURT

for

Western District Of Pennsylvania

SCANNED

U.S.A. vs. Lisa Marie Dacus        Docket No.    0315 1:04CR00053-002

### Petition for Action on Conditions of Pretrial Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant Lisa Marie Dacus, who was place under pretrial release supervision by the Honorable Susan Paradise Baxter on November 19, 2004, under the following conditions:

1. The defendant was ordered to report to Pretrial Services as directed.
2. The defendant was ordered to submit to testing as directed by Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS: Prior to sentencing, the defendant submitted positive drug tests on October 6, November 8, and November 14, and November 22, 2005, all of which proved positive for the use of opiates and marijuana. It should be noted that the defendant has a valid prescription for opiates, therefore justifying the positive results for that substance. The defendant subsequently submitted a drug test on December 12, 2005, which proved positive for the use of marijuana. The defendant was directed to report on December 20, 2005, for a drug test, which she failed to do.

The defendant reported on December 23, 2005, and submitted to a drug test, the results of which have not yet been reported to our office. Due to the defendant's continued drug use and failure to report for drug testing, she agreed to and was referred to inpatient treatment at Gaudenzia / Crossroads, and she was directed to report to that facility on December 26, 2005, at 9:00 am. On December 27, 2005, Pretrial Services was notified that the defendant failed to report to their facility as directed. As of this date, our office has not had any contact with the defendant.

PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED FOR HER ARREST, AND THAT UPON APPREHENSION, SHE BEGIN SERVING HER SENTENCE AS ORDERED BY THIS COURT.

ORDER OF COURT

Considered and ordered this 3rd day of January, 2006 ~~2005~~, and ordered filed and made a part of the records in the above case.

_Maurice B. Cohill Jr._
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 29, 2005

_Dennis P Martin_
U.S. Pretrial Services/Probation Officer

_Elaine Johnston_
Supervising U.S. Pretrial Services/Probation Officer

Place     Pittsburgh, Pennsylvania