IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Criminal Number 04-53E-2 |
| | ) | |
| LISA DACUS | ) | |

The above named defendant satisfied the judgment of NOVEMBER 30, 2005 by paying on DECEMBER 11, 2006 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____     1/7/07
Deputy Clerk                              Date